# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIVORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV13–1480-CAS(OPx) | Date | September 4, 2013 |
|---|---|---|---|
| Title | CINDY DUPRE V. MOUNTAIN WEST FINANCIAL INC ET AL | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers:)** - PLAINTIFF'S PROPOSED NOTICE OF LIS PENDENS (lodged 09/03/13)

The Court is in receipt of plaintiff's Proposed Notice of Lis Pendens, filed August 29, 2013. Under California Code of Civil Procedure § 405.22, a claimant seeking to file a notice of lis pendens "shall, prior to recordation of the notice, cause a copy of the notice to be mailed, by registered or certified mail, return receipt requested, to all known addresses of the parties to whom the real property claim is adverse." Here, plaintiff has not filed any proof of service of the Proposed Notice of Lis Pendens; accordingly, defendants have not been properly served. Plaintiff's Proposed Notice of Lis Pendens is therefore denied without prejudice to being renewed with the appropriate showing that proper service has been made upon defendants.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |