UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1480 CAS (OPx) | Date | September 19, 2013 |
|---|---|---|---|
| Title | CINDY DUPRE V. MOUNTAIN WEST FINANCIAL INC ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| MONICA SALCIDO | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| n/a | n/a |

**Proceedings:**   **(In Chambers:)** MOTION FOR LEAVE TO SUPPLEMENT PLEADING (filed September 19, 2013)

The Court finds this motion appropriate for decision without oral argument.  Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing date of October 21, 2013, is vacated, and the matter is hereby taken under submission.

The Court is in receipt of plaintiff's Motion for Leave to Supplement Pleadings, filed September 19, 2013.  By order dated September 17, 2013, the Court previously ordered plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction.  In her motion, plaintiff seeks leave to file a supplemental pleading that cures the defects in her complaint and establishes that this Court has subject matter jurisdiction over this action.  Plaintiff's motion to file a supplemental pleading is hereby GRANTED.  As stated in this Court's previous order, the Court cannot consider plaintiff's pending Motion for a Temporary Restraining Order, Dkt. 16, until plaintiff establishes that the Court has subject matter jurisdiction over this action.  Dkt. 18.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | MS |